UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA )
)
vs. ) No. 3:19-CR-174
)
STEVEN KEITH HUNLEY )

## ORDER

Magistrate Judge C. Clifford Shirley filed a Report and Recommendation recommending the Court: (1) accept Defendant's plea of guilty to the charge in the Information; (2) adjudicate Defendant guilty of the charge set forth in the Information, that is, knowingly possessing firearms and ammunition after being convicted of a felony, in violation of 18 U.S.C. § 922(g)(1); and (3) find Defendant shall remain in custody until sentencing in this matter [Doc. 7]. Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 7] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the charge in the Information is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charge set forth in the Information, that is, knowingly possessing firearms and ammunition after

being convicted of a felony, in violation of 18 U.S.C. § 922(g)(1); and

(4) Defendant **SHALL REMAIN IN CUSTODY** until sentencing in this matter.

**SO ORDERED.**

**ENTER:**

_____
Pamela L. Reeves
Chief United States District Judge